NEDA FARAH S.B.N. 269819
FARAH LAW, P.C.
8383 Wilshire Blvd, Suite 510
Beverly Hills, CA 90211
310-666-3786 / 775-261-1726
neda@nedafarahlaw.com
Attorney for Plaintiff,
MICHAEL LUPOLOVER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL LUPOLOVER, Individually, and on behalf of similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>GUITAR CENTER,<br><br>Defendant. | Case No.: 2:20-cv-05721-MCS-KKx<br><br>**JOINT STIPULATION DISMISSING ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP 41(A)(1)**<br><br>Complaint Filed: June 26, 2020<br><br>The Honorable Mark C. Scarsi |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-151195213

Plaintiff Michael Lupolover on behalf of himself and on behalf of similarly situated consumers, and Defendant Guitar Center hereby stipulate as follows.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Lupolover hereby voluntarily dismisses the entire lawsuit.

Plaintiff dismisses his individual claims *with prejudice* and the claims Plaintiff brought on behalf of the putative class *without prejudice.*

**IT IS SO STIPULATED**.

DATED: September 30, 2020          FARAH LAW, P.C.

By: _/s/ Neda Farah_____
          NEDA FARAH S.B.N. 269819
          Attorney for Plaintiff,
          MICHAEL LUPOLOVER

DATED: September 30, 2020          REED SMITH LLP

By: _/s/ Kathyleen A. O' Brien_____
          Kathyleen A. O'Brien
          Attorneys for Defendant
          GUITAR CENTER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware